IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE/BRYSON CITY DIVISION

| | | |
|---|---|---|
| **IN RE: BANK OF AMERICA** | ) | Civil Case Nos. |
| **LITIGATION** | ) | 2:12cv30; 2:12cv31; 2:12cv33; |
| | ) | 1:12cv227; 1:12cv228; 1:12cv230; |
| | ) | 1:12cv234; 1:12cv235; 1:12cv236; |
| | ) | 1:12cv243; 1:12cv244 |
| | ) | |
| _____ | ) | |

Pending before the Court are the Consent Motions for Selection of Mediator in the above listed cases. Upon a review of the docket in this case, and for good cause shown, the Court **GRANTS** the motions: # 23 in 2:12cv31; # 23 in 2:12cv30; # 23 in 2:12cv33; # 22 in 1:12cv227; # 23 in 1:12cv227; # 23 in 1:12cv228; # 33 in 1:12cv230; # 23 in 1:12cv234; # 31 in 1:12cv235; # 23 in 1:12cv236; # 23 in 1:12cv243; # 23 in 1:12cv244. The parties may use Ray Owens of Higgins & Owens, PLLC as the mediator in the cases listed above.

Signed: December 11, 2013

Dennis L. Howell
United States Magistrate Judge

-1-